## IN THE SUPREME COURT OF THE STATE OF NEVADA

RICHARD MYLES,
Appellant,

vs.

JAMES DZURENDA, DIRECTOR; AND
THE STATE OF NEVADA
DEPARTMENT OF CORRECTIONS,
Respondents.

No. 72436

FILED

MAY 11 2017

*ORDER DISMISSING APPEAL*

This is a pro se appeal from a purported decision denying a postconviction petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; Linda Marie Bell, Judge.

No decision, oral or written, had been made on the petition when appellant filed his appeal on February 15, 2017. Because appellant failed to designate an appealable order, we lack jurisdiction over this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

cc: Hon. Linda Marie Bell, District Judge
Richard Myles
Attorney General/Carson City
Eighth District Court Clerk